IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt

| | |
|---|---|
| IN RE<br><br>JAMES EDWARD KOEHL<br><br>    Debtor | Case No. 13-22827-WIL<br>Chapter 13 |
| BRANCH BANKING AND TRUST COMPANY<br>301 College Street<br>Greenville, SC 29601<br><br>    Movant<br>v.<br><br>JAMES EDWARD KOEHL<br>16665 St. Jeromes Neck Road<br>Dameron, MD 20628<br><br>    Respondents | Motion No. |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Branch Banking and Trust Company, its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

1. Jurisdiction is based on 11 U.S.C. Section 362(d)-(f).

2. On or about July 29, 2013, James Edward Koehl ("Debtor") filed a Voluntary Petition in the Court under Chapter 13 of the Bankruptcy Code.

3. Timothy P. Branigan is the Chapter 13 trustee of the Debtor's estate.

4. At the time of the initiation of these proceedings, the Debtor owned a parcel of fee simple real estate improved by a residence with a legal description of "Lot C-1, Coursey's Point; Stoney Point, St. Mary's, MD in Liber JMM 10, Folio 88" also known as 16665 Saint Jeromes Neck Road, Dameron, MD 20628 (hereinafter "the subject property").

5. The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant.   The documents evidencing the movant's security interest are attached hereto.

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39643

     6. The total amount due under the Deed of Trust securing the Movant as of July 3, 2014, including attorney's fees and court costs, is approximately $58,560.00.

     7. The Debtor is in default under the Deed of Trust, and the Movant has accelerated the entire balance of the Note and Mortgage and interest continues to accrue.

     8. The Debtor has not made post-petition payments for the months of March 1, 2014 to July 1, 2014, and equity in the Debtor's residence is dissipating.

     9. The Movant lacks adequate protection of its interest in the subject property.

     10. The Movant has been and continues to be irreparably injured by the stay of Section 362 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

     11. Cause exists for lifting the automatic stay imposed by Section 362 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

     WHEREFORE, the Movant, Branch Banking and Trust Company its successors and/or assigns, respectfully requests that this Honorable Court:

     1. Enter an order terminating the automatic stay imposed by Section 362 of the Bankruptcy Code to enable it to proceed with a foreclosure sale, accept a deed in lieu or agree to a short sale of the real property and improvements located at 16665 Saint Jeromes Neck Road, Dameron, MD 20628; and

     2. Grant such other and further relief as may be just and necessary.

     /s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
7910 Woodmont Avenue, Suite 750
Bethesda, Maryland 20814
(301) 907-8000

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG & ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39643

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 17, 2014, a copy of the foregoing Motion for Relief from the Automatic Stay was mailed, first class postage prepaid, upon the following who were not served electronically:

James Edward Koehl  
16665 St. Jeromes Neck Road  
Dameron, MD 20628

Timothy P. Branigan, Trustee  
P.O. Box 1902  
Laurel, MD 20725-1902

James D. Ealley, Esquire  
135 West Dares Beach Road, Suite 209A, Prince Frederick MD 20678

/s/ Mark D. Meyer, Esq.  
Mark D. Meyer, Esq.

MARK MEYER  
DC BAR 475552  
MD BAR 15070  
VA BAR 74290  

ROSENBERG & ASSOCIATES, LLC  
7910 WOODMONT AVENUE  
SUITE 750  
BETHESDA, MARYLAND 20814  
(301) 907-8000  
FILE NUMBER: 39643