IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt

| | |
|---|---|
| IN RE<br><br>JAMES EDWARD KOEHL<br><br>    Debtor | Case No. 13-22827-WIL<br>Chapter 13 |
| BRANCH BANKING AND TRUST COMPANY<br>301 College Street<br>Greenville, SC 29601<br><br>    Movant<br>v.<br><br>JAMES EDWARD KOEHL<br>16665 St. Jeromes Neck Road<br>Dameron, MD 20628<br><br><br>    Respondents | Motion No. |

### **NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON**

   Branch Banking and Trust Company has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to foreclosure on the property known as 16665 Saint Jeromes Neck Road, Dameron, MD 20628.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

   If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by

### **AUGUST 4, 2014**

you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER:  39643

Diane S. Rosenberg, Attorney for the Movant
Rosenberg & Associates, LLC
7910 Woodmont Avenue, Suite 750
Bethesda, Maryland 20814
diane@rosenberg-assoc.com

Timothy P. Branigan, Trustee
P.O. Box 1902
Laurel, MD 20725-1902

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for

**AUGUST 21, 2014 at 10:00 AM at the United States Bankruptcy Court, United States Bankruptcy Court**
**6500 Cherrywood Lane**
**Greenbelt, Maryland 20770, Courtroom 3-C.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date: July 17, 2014                /s/ Mark D. Meyer, Esq.
                                   Mark D. Meyer, Esq.
                                   Rosenberg & Associates, LLC
                                   7910 Woodmont Avenue, Suite 750
                                   Bethesda, Maryland 20814
                                   (301) 907-8000
                                   mmeyer@rosenberg-assoc.com

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39643

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2014, a copy of the foregoing Notice of Motion for Relief from the Automatic Stay was mailed, first class postage prepaid, or via electronic email, to the following:

James Edward Koehl
16665 St. Jeromes Neck Road
Dameron, MD 20628

Timothy P. Branigan, Trustee
P.O. Box 1902
Laurel, MD 20725-1902

James D. Ealley, Esquire
135 West Dares Beach Road, Suite 209A, Prince Frederick MD  20678

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER:  39643