IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt

| | |
|---|---|
| IN RE<br><br>JAMES EDWARD KOEHL<br><br>    Debtor | Case No. 13-22827-WIL<br>Chapter 13 |
| BRANCH BANKING AND TRUST COMPANY<br><br>    Movant<br>v.<br><br>JAMES EDWARD KOEHL<br><br><br>    Respondents | Motion No. |

## EXHIBIT A -- DEBT

**Pre Petition Arrears**

| | | |
|---|---|---|
| Arrears | | $23,361.37 |
| | Total: | $23,361.37 |

**Post Petition Arrears**

| | | |
|---|---|---|
| 5 payments for 3/1/14 to 7/1/14 @ $1430.97 | | $7,154.85 |
| Suspense Account | | ($545.15) |
| Attorney Fees and Costs | | $826.00 |
| | Total: | $7,435.70 |
| **Total Pre and Post Petition Arrears:** | | **$30,797.07** |

ROSENBERG & ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39643