BB&T Confidential

**NAME:**    Koehl, James
**ACCT#:**    xxxxxx
**CASE#:**
**DATE OF FILING:**    7/29/2013

| DATE POSTED | AMT POSTED | AMT DUE | O/S | SUS BAL | PMT SATISFIED |
|---|---|---|---|---|---|
| 10/17/2013 | $1,478.39 | $1,379.52 | $98.87 | $98.87 | Aug-13 |
| 11/15/2013 | $1,478.39 | $1,379.52 | $98.87 | $197.74 | Sep-13 |
| 12/17/2013 | $1,478.39 | $1,430.97 | $47.42 | $245.16 | Oct-13 |
| 1/28/2014 | $1,478.39 | $1,430.97 | $47.42 | $292.58 | Nov-13 |
| 4/17/2014 | $1,515.16 | $1,430.97 | $84.19 | $376.77 | Dec-13 |
| 6/4/2014 | $3,030.32 | $1,430.97 | $1,599.35 | $1,976.12 | Jan-14 |
| | | $1,430.97 | -$1,430.97 | $545.15 | Feb-14 |
| | | | $0.00 | $545.15 | Mar-14 |
| | | | $0.00 | $545.15 | Apr-14 |
| | | | $0.00 | $545.15 | May-14 |
| | | | $0.00 | $545.15 | Jun-14 |
| | | | $0.00 | $545.15 | Jul-14 |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |
| | | | $0.00 | $545.15 | |