

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### Located in Greenbelt

| | |
|---|---|
| IN RE:<br><br>JAMES EDWARD KOEHL<br><br>  Debtor | Case No. 13-22827-WIL<br>Chapter 13 |
| BRANCH BANKING AND TRUST COMPANY<br>301 College Street<br>Greenville, SC 29601<br><br>    Movant<br>v.<br><br>JAMES EDWARD KOEHL<br>16665 St. Jeromes Neck Road<br>Dameron, MD 20628<br><br>    Respondents | Motion No. |

MARK D. MEYER
MD BAR 15070

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000

FILE NUMBER: 39643

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

   Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, and good cause having been shown, by the United States Bankruptcy Court for the District of Maryland

   ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable Branch Banking and Trust Company,

Page 1

its successors and/or assigns, to proceed with the foreclosure sale against the real property and improvements known as 16665 Saint Jeromes Neck Road, Dameron, MD 20628, and that the successful purchaser thereof may take all lawful actions to obtain possession of same; and be it further

     ORDERED that the Automatic Stay of 11 U.S.C. Section 362(a) be, and it hereby, shall not be reimposed as to the Debtors' interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

cc: Mark D. Meyer, Esq.  
    Rosenberg & Associates, LLC  
    7910 Woodmont Avenue, Suite 750  
    Bethesda, Maryland 20814

    Timothy P. Branigan, Trustee  
    P.O. Box 1902  
    Laurel, MD 20725-1902

    James Edward Koehl  
    16665 St. Jeromes Neck Road  
    Dameron, MD 20628

    James D. Ealley, Esquire

**End of Order**

MARK D. MEYER  
MD BAR 15070

ROSENBERG &  
ASSOCIATES, LLC  
7910 WOODMONT AVENUE  
SUITE 750  
BETHESDA, MARYLAND 20814  
301-907-8000

FILE NUMBER: 39643