```
13-2-2827    JAMES E KOEHL                                              PAGE:    1
===================================================================================
R  E  C  E  I  P  T  S
===================================================================================
DATE           CODE  DESCRIPTION         SOURCE              AMOUNT TERM  CREDNO

Sep 25, 2013   PCH   ONE DISBURSEMENT HOLD   2761            832.00 TH1  000000
Oct 04, 2013   P.C.  PERSONAL CHECK FROM D   2762          1,664.00 TH1  000000
Nov 22, 2013   PCH   ONE DISBURSEMENT HOLD   2776            832.00 TH1  000000
Jan 02, 2014   P.C.  PERSONAL CHECK FROM D   2782            832.00 TH1  000000
Feb 06, 2014   P.C.  PERSONAL CHECK FROM D   2788            832.00 TH1  000000
Apr 02, 2014   CRP   REFUND FROM CREDITOR/   12846241         59.75 TH1  093323
Apr 02, 2014   TFRC  TRUSTEE FEE REVERSAL/   4956              3.01 TH1  000000
May 12, 2014   TFRC  TRUSTEE FEE REVERSAL/   4982              6.32 TH2  100001
===================================================================================
                                                            5,061.08
```

(handwritten: 4,992)